UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> WESCO DISTRIBUTION INC., <br><br> Defendant(s). | CASE NO. C25-2479-KKE <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE |

The parties filed a stipulated motion to extend Defendant's deadline to respond to Plaintiff's complaint. Dkt. No. 7. The Court GRANTS the stipulated motion. *Id*. Defendant shall file a responsive pleading no later than January 31, 2026.

Dated this 5th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE - 1