THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

WESCO DISTRIBUTION, INC., a Delaware corporation,

Defendant.

Case No. 2:25-cv-02479-KKE

**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**

In accordance with Local Rule 7(d)(1) and 10(g), Plaintiff Northwest Administrators, Inc., and Defendant Wesco Distribution, Inc., STIPULATE AND AGREE to extend Defendant's responsive pleading deadline from January 31, 2026, *see* Dkt. No. 8, to March 2, 2026. A 30-day extension will allow the parties to continue discussing the audit request, which may lead to out-of-court resolution.

This extension will not affect any other deadlines in this case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

*IT IS SO STIPULATED.*

STIPULATION AND ORDER
TO EXTEND RESPONSIVE PLEADING
DEADLINE - 1
Case No. 2:25-cv-02479-KKE

Dated: January 29, 2026

**REID, BALLEW & LEAHY, LLP**

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle, WA 98119
Phone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@nwlaborlaw.com

*Attorney for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Anne Philpot*
Anne Philpot, WSBA #59257
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: anne.philpot@morganlewis.com

*Attorney for Defendant*

STIPULATION AND ORDER
TO EXTEND RESPONSIVE PLEADING
DEADLINE - 2
Case No. 2:25-cv-02479-KKE

## ORDER

The parties' stipulated motion is GRANTED.  Defendant shall respond to Plaintiff's complaint no later than March 2, 2026.

DATED: January 29, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER
TO EXTEND RESPONSIVE PLEADING
DEADLINE - 3
Case No. 2:25-cv-02479-KKE