THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESCO DISTRIBUTION, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:25-cv-02479-KKE <br><br> **STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE** |

In accordance with Local Rule 7(d)(1) and 10(g), Plaintiff Northwest Administrators, Inc., and Defendant Wesco Distribution, Inc., STIPULATE AND AGREE to extend Defendant's responsive pleading deadline from March 2, 2026, *see* Dkt. No. 11, to May 1, 2026. This 60-day extension will allow the parties to continue discussing the audit request, which may lead to out-of-court resolution.

This extension will not affect any other deadlines in this case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

/ / /

/ / /

STIPULATION AND ORDER
TO EXTEND RESPONSIVE PLEADING
DEADLINE - 1
Case No. 2:25-cv-02479-KKE

*IT IS SO STIPULATED.*

Dated: February 26, 2026

| | |
|---|---|
| **REID, BALLEW & LEAHY, LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Russell J. Reid* | By: *s/ Anne Philpot* |
| Russell J. Reid, WSBA #2560 | Anne Philpot, WSBA #59257 |
| 100 West Harrison Street, N. Tower, #300 | 1301 Second Avenue, Suite 3000 |
| Seattle, WA 98119 | Seattle, WA 98101 |
| Phone: (206) 285-0464 | Phone: (206) 274-6400 |
| Email: rjr@nwlaborlaw.com | Email: anne.philpot@morganlewis.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

STIPULATION AND ORDER
TO EXTEND RESPONSIVE PLEADING
DEADLINE - 2
Case No. 2:25-cv-02479-KKE

## <u>ORDER</u>

The Court GRANTS the parties' stipulated motion.  Dkt. No. 12.  Defendant's responsive pleading is due no later than May 1, 2026.

DATED: February 26, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER
TO EXTEND RESPONSIVE PLEADING
DEADLINE - 3
Case No. 2:25-cv-02479-KKE