THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,
Plaintiff,

v.

WESCO DISTRIBUTION INC., a Delaware
corporation,

Defendant.

NO. 2:25-CV-02479-KKE

NOTICE OF APPEARANCE

TO:        CLERK OF COURT

AND TO:    Anne Philpot, Morgan, Lewis & Bockius LLP, Attorney for Defendant

YOU WILL PLEASE TAKE NOTICE that Annie Holden of Reid, Ballew & Leahy, L.L.P., hereby appears on behalf of Plaintiff, Northwest Administrators, Inc., in the above-entitled cause and enters its appearance in this action and requests that all further papers and pleadings herein, except original process, be served upon the undersigned attorneys at the address below stated.

//

//

NOTICE OF APPEARANCE – 2:25-cv-02479-KKE
Page 1 of 2

REID, BALLEW & LEAHY, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925



DATED this ⎯⎯ day of June, 2026.

REID, BALLEW & LEAHY, L.L.P.

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Annie Holden, WSBA #58824
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  annie@nwlaborlaw.com
Attorney for Plaintiff

NOTICE OF APPEARANCE – 2:25-cv-02479-KKE
Page 2 of 2

REID, BALLEW & LEAHY, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

