THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

WESCO DISTRIBUTION, INC., a Delaware corporation,

Defendant.

NO.    2:25-cv-02479-KKE

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Anne Philpot of Morgan, Lewis & Bockius LLP, attorneys for Defendant, Wesco Distribution, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this _____ day of June, 2026

REID, BALLEW & LEAHY, L.L.P.

_____
Russell J. Reid, WSBA #2560
Annie Holden, WSBA #58824
Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP

_____
Anne Philpot, WSBA #59257

Attorney for Defendant

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2:26-cv-02479-KKE
Page 1 of 2

REID, BALLEW & LEAHY, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925



## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this _____ day of _____, 2026.


_____
THE HONORABLE KYMBERLY K. EVANSON


Submitted for Entry:

REID, BALLEW & LEAHY, L.L.P.


By _____
    Russell J. Reid, WSBA #2560
    Annie Holden, WSBA #58824
    Attorneys for Plaintiff


STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2:26-cv-02479-KKE
Page 2 of 2

REID, BALLEW & LEAHY, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

