UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., | CASE NO. C25-2479-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE |
| v. | |
| WESCO DISTRIBUTION INC., | |
| Defendant(s). | |

In accordance with the parties' stipulation (Dkt. No. 18), the Court hereby DISMISSES this action with prejudice, with each party bearing its own attorney's fees and costs.

Dated this 16th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1